UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CRAIG HUCKABEE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>R. FISHER, JR.,<br><br>　　　　　Respondent. | No.  2:16-cv-0308 CKD P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding with counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, along with a motion to proceed in forma pauperis.

The court's records reveal that petitioner has previously filed an application for a writ of habeas corpus attacking the conviction and sentence challenged in this case. <u>Huckabee v. Adams</u>, Case No. 2:01-cv-1795 DFL CMK (E.D. Cal.).  The previous application was filed on July 5, 2001, and was denied on the merits on August 10, 2006.  Before petitioner can proceed with the instant application, he must move in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider the application.  28 U.S.C. § 2244(b)(3).  Therefore, petitioner's application must be dismissed without prejudice to its refiling upon obtaining authorization from the United States Court of Appeals for the Ninth Circuit.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis (ECF No. 7) is granted; and

2. The petition is dismissed without prejudice.

Dated:  April 15, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / huck0308.succ